IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MELINDA B.,[1]

    Plaintiff,

v.

NANCY BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

No. 3:16-cv-02001-JR

OPINION AND ORDER

**MOSMAN, J.,**

On October 1, 2018, Magistrate Judge Jolie A. Russo issued her Findings and Recommendation (F&R) [24], recommending that I REVERSE the Commissioner's decision and REMAND for further proceedings. Neither party objected.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the nongovernmental party in this case.

recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Russo's recommendation and I ADOPT the F&R [24] in full. I REVERSE the Commissioner's decision and REMAND for further proceedings.

IT IS SO ORDERED.

DATED this 7th day of December, 2018.

MICHAEL W. MOSMAN
Chief United States District Judge